```
 1  JOSE R. MATA, SBN 83724, OSB 80305
    E-Mail: JMata@wagelawyer.com
 2  BAILEY PINNEY, PC
    1498 SE Tech Center Place, Suite 290
 3  Vancouver, WA 98683
    Telephone: (360)567-2551; Fax: (360)567-3331
 4
    BONNIE MAC FARLANE, SBN 161526
 5  E-Mail: BMacfarlane@wagelawyer.com
    BAILEY PINNEY, PC
 6  720 Howe Street, Suite 113
    Sacramento, CA 95825
 7  Telephone: (916)923-5537; Fax: (916)923-5587

 8  SUSAN SIMMONS SEEMILLER SBN 150546
    E-Mail: SSeemiller@wagelawyer.com
 9  BAILEY PINNEY, PC
    840 County Square Drive
10  Ventura, CA 93003
    Telephone: (805) 339-9090; Fax: (805) 339-0090
11
12  Attorneys for Plaintiffs Wilburn
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Dino Wilburn, | Case No. C 08-01249 JSW |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE BY:** |
| vs. | **MAIL NOTICE OF CMC** |
| Blockbuster Incorporated, and Does One through Twenty-Five., | Date: June 6, 2008 |
| Defendants. | Time: 1:30 p.m. |
| | Ctrm: Courtroom 2, 17th Floor |
| | Hon. Jeffery S. White |

I hereby certify that I am employed in the County of Clark, State of Washington. I am over the age of 18 and not a party to the within action. I DECLARE that I am employed in the office of a member of the bar of this court at whose direction service was made whose business address is 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683. That on March 26, 2008, I served a copy of the foregoing documents, described as:

- **Order Setting Initial Case Management Conference and ADR Deadlines**

---

Proof of Service by Mail - Case No. C 08-01249 JSW

1

- **Order Setting Case Management Conference and requiring Joint Case Management Conference Statement**
- **Standing Order for all Judges Northern District**
- **Standing Order for Judge J. White**

upon the following named individuals at the addresses as follows by placing a true and correct copy thereof addressed to:

John S. Battenfeld / Donna Mo
Morgan, Lewis, & Bockius LLP
300 South Grand Avenue, 22nd Fl
Los Angeles, CA 90071

Rebecca Eisen
Morgan, Lewis, & Bockius LLP
One Market , Spear Street Tower
San Francisco , CA 94105

by the following indicated method or methods:

[X]   by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Vancouver, WA. on the date set-forth below.

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, mail is deposited the U.S. Postal Service on that same day with postage prepaid at Vancouver, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as stated in this affidavit.

I DECLARE under penalty of perjury that the foregoing is true and correct.

I DECLARE that I am employed in the office of a member of the bar of this court at whose direction service was made.

DATED: / March 26, 2008

_____
Charity Shindle