JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090
Attorneys for Plaintiff Dino Wilburn

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DINO WILBURN**, individually, on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>**BLOCKBUSTER INC.,** a Delaware Corporation, and Does 1-25, inclusive,<br><br>Defendants. | Case No. 08-1247 JSW<br><br>**PLAINTIFF'S NOTICE RE:**<br>**UNAVAILABILITY OF COUNSEL** |

TO THE COURT CLERK, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, from May 19, 2008 through and including May 23, 2008, counsel for Plaintiff Dino Wilburn, Bonnie Mac Farlane, will be unavailable for all purposes, including, but not limited to, receiving and responding to notices of any kind, appearing in Court, responding to *ex parte* applications, attending depositions, or otherwise communicating with the Court and opposing counsel.

1  Plaintiff's other attorneys of record are available for the above referenced
2  communications/actions.
3  Dated: May 15, 2008                Bailey Pinney, PC
4                                     By _____/s/_____
                                          Bonnie Mac Farlane
5                                         Attorneys for Plaintiff Dino Wilburn