**JOSE R. MATA**, SBN 83724, OSB 803057
E-Mail: JMata@wagelawyer.com
**ANGELA LAIDLAW**, SBN 230633
E-Mail: ALaidlaw@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551; Fax: (360) 567-3331

**BONNIE MAC FARLANE**, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

**SUSAN SIMMONS SEEMILLER**, SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiff Wilburn

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DINO WILBURN**, individually, on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>**BLOCKBUSTER INC.,** a Delaware Corporation, and Does 1-25, inclusive,<br><br>Defendants. | Case No. 08-1247 JSW<br><br>**PLAINTIFF'S NOTICE OF APPEARANCE FOR ANGELA LAIDLAW** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff hereby notifies Defendant and the Court that Angela Laidlaw of the law firm of Bailey Pinney, PC is added as an attorney of record in the above entitled case. Plaintiff requests that Angela Laidlaw be added to the docket and e-mail notifications at the

1 | following address:

2 | **ANGELA LAIDLAW** Cal Bar No. 230633**;** OSB 080973
3 | E-Mail: Alaidlaw@wagelawyer.com
**BAILEY PINNEY, PC**
4 | 1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
5 | Telephone: (360) 567-2551
Fax: (360) 567-3331

6 |

7 | Dated: May 21, 2008          Bailey Pinney, PC

8 |                              By _____/s/_____
9 |                              Angela Laidlaw
                                 Attorneys for Plaintiff Wilburn

10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Plaintiff's Notice of Appearance for Angela Laidlaw
Case No. 08-1247 JSW