IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**         **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 6, 2008                **Court Reporter**: Sahar McVickar


**CASE NO. C-08-1249 JSW**

**TITLE:** Dino Wilburn v. Bockbuster, Inc.


**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Susan Simmons                        Rebecca Eisen


**PROCEEDINGS:**   Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-13-08.

**Last day to amend complaint:  9-4-08**

**ADR:  Early Neutral Evaluation to be completed by 12-19-08**

**Discovery will be referred to a randomly assigned Magistrate Judge, however referral will not be made until June 20, 2008.**

**Hearing on Motion for Class Certification:  3-13-09 at 9:00 a.m.**
**Further Case Management Conference:  3-13-08 at 9:00 a.m.**
**Supplemental joint case management statement due:  3-6-09**