JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail:  BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax:  (805) 339-0090

Attorneys for Plaintiff Dino Wilburn

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DINO WILBURN**, individually, on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>**BLOCKBUSTER INC.,** a Delaware Corporation, and Does 1-25, inclusive,<br><br>Defendants. | Case No. 08-1247 JSW<br><br>**PLAINTIFF'S NOTICE RE: UNAVAILABILITY OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that from June 16, 2008 through and including June 18, 2008, and also from August 1, 2008 through and including August 15, 2008, Susan Simmons Seemiller, counsel for Plaintiff Dino Wilburn, individually and on behalf of all others similarly situated, will be unavailable for all purposes. These purposes include but are not limited to, receiving and responding to notices of any kind, appearing in Court, responding to ex parte applications, attending depositions or

1 | otherwise communicating with the Court and opposing counsel.

2

3 | Dated: June 9, 2008                              BAILEY PINNEY, PC

4

By     /s/
5                                                   Susan Simmons Seemiller
                                                    Attorneys for Plaintiff Wilburn

Notice Re: Unavailability of Counsel
Case No. 08-1247 JSW

2