# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AMENDED CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 6, 2008                       **Court Reporter**:  Sahar McVickar

**CASE NO. C-08-1249  JSW**

**TITLE:**  Dino Wilburn v. Bockbuster, Inc.

**COUNSEL FOR PLAINTIFF:**                   **COUNSEL FOR DEFENDANT:**

Susan Simmons                                Rebecca Eisen

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-13-08.

Last day to amend complaint:  9-4-08

ADR:  Early Neutral Evaluation to be completed by 12-19-08

Discovery will be referred to a randomly assigned Magistrate Judge, however referral will not be made until June 20, 2008.

Hearing on Motion for Class Certification:  3-13-09 at 9:00 a.m.
**Further Case Management Conference:  3-13-09 at 9:00 a.m.**
Supplemental joint case management statement due:  3-6-09