1  REBECCA D. EISEN, State Bar No. 96129
   SHANNON B. NAKABAYASHI, State Bar No. 215469
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   reisen@morganlewis.com
5  snakabayashi@morganlewis.com

6  JOHN S. BATTENFELD, State Bar No. 119513
   DONNA MO, State Bar No. 240621
7  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
8  Twenty-Second Floor
   Los Angeles, CA 90071-3132
9  Tel:  213.612.2500
   Fax:  213.612.2501
10 jbattenfeld@morganlewis.com
   dmo@morganlewis.com
11
   Attorneys for Defendant
12 BLOCKBUSTER INC.

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 | DINO WILBURN, an individual, on behalf of himself and others similarly situated, | Case No. 3:08-CV-01249-JSW |
|---|---|
17 | Plaintiff, | **JOINT STATEMENT REGARDING DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
18 | vs. | |
19 | BLOCKBUSTER INC., and DOES 1 through 25, inclusive, | |
20 | | |
21 | Defendants. | |

22

23

24  //

25  //

26  //

27  //

28  //

1-SF/7714878.1                         1

1    Pursuant to the Court's instructions, the parties have met and conferred with regard to
2    proceeding before a United States Magistrate Judge. After a good faith attempt, the parties are
3    unable to agree upon a Magistrate and therefore respectfully decline to proceed before a
4    Magistrate Judge for trial and disposition of this matter. The parties request that the matter
5    remain assigned to the Hon. Jeffrey S. White.

Dated: June 13, 2008                          BAILEY PINNEY, PC
                                              JOSEPH R. MATA
                                              SUSAN SIMMONS SEEMILLER
                                              ANGELA LAIDLAW


                                              By         /s/
                                                 Susan Simmons Seemiller
                                                 Angela Laidlaw
                                                 Attorneys for Plaintiff
                                                 DINO WILBURN.

Dated: June 13, 2008                          MORGAN, LEWIS & BOCKIUS LLP
                                              REBECCA D. EISEN
                                              JOHN S. BATTENFELD
                                              SHANNON B. NAKABAYASHI
                                              DONNA MO


                                              By         /s/
                                                 Rebecca D. Eisen
                                                 Shannon B. Nakabayashi
                                                 Attorneys for Defendant
                                                 BLOCKBUSTER INC.