1   [COUNSEL LISTED ON NEXT PAGE]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 DINO WILBURN, an individual, on behalf of himself and others similarly situated, | Case No. 3:08-CV-01249-JSW |
| 12                          Plaintiff, | **STIPULATED MOTION AND [PROPOSED ORDER] TO EXTEND THE SEPTEMBER 4, 2008 DEADLINE FOR PLAINTIFF TO AMEND THE COMPLAINT** |
| 13                          vs. | |
| 14 BLOCKBUSTER INC., and DOES 1 through 25, inclusive, | No hearing date set |
| 15                          Defendants. | Current deadline: September 4, 2008 |
| 16 | Requested new deadline: September 9, 2008 |

17

18

19

20

21

22

23

24

25

26

27

28

DB2/20822693.1                              1

REBECCA D. EISEN, State Bar No. 96129
SHANNON B. NAKABAYASHI, State Bar No. 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
snakabayashi@morganlewis.com

JOHN S. BATTENFELD, State Bar No. 119513
DONNA MO, State Bar No. 240621
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:    213.612.2500
Fax:   213.612.2501
jbattenfeld@morganlewis.com
dmo@morganlewis.com

Attorneys for Defendant

BLOCKBUSTER INC.

JOSE R. MATA (CA State Bar No. 83724, OSB 80305)
E-Mail: JMata@wagelawyer.com
BAILEY PINNEY, PC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE (CA State Bar No. 161526)
E-Mail: BMacfarlane@wagelawyer.com
BAILEY PINNEY, PC
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER (CA State Bar No. 150546)
E-Mail: SSeemiller@wagelawyer.com
BAILEY PINNEY, PC
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiff Wilburn

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FIE AMENDED COMPLAINT

1.  On June 6, 2008, the Court held a case management conference attended by counsel for plaintiff and defendant. On that date the Court issued a Civil Minute Order (Document No. 13) setting a deadline of September 4, 2008 to amend the complaint.

2.  Since that date, the parties have been engaged in both informal and formal discovery with a goal of determining if it is possible to settle this case. The parties are continuing in their efforts to see if this case can be resolved without further proceedings.

3.  Plaintiff's attorneys have been attempting to understand and analyze the wage and hour database data produced by Defendant. Plaintiff's state that although they are very close to completing their analysis of the database data, it would be very difficult to meet the current deadline of Thursday, September 4, 2008.

4.  In addition, Plaintiff's lead attorney Susan Seemiller has had to travel to Wyoming to attend to her father, who was in the last stages of a terminal illness, and who died over the past Labor Day weekend. Ms. Seemiller is not expected back in the office until Wednesday, September 3, 2008, the day before the current September, 4 deadline to amend the complaint.

5.  Accordingly, Plaintiff and Defendant stipulate that the deadline for amending the complaint be extended as follows:

Current deadline:        Thursday, September 4, 2008

Proposed new deadline:   Tuesday, September 9, 2008.


Dated: September 2, 2008            BAILEY PINNEY, PC
                                   JOSE R. MATA
                                   SUSAN SIMONS SEEMILLER


                          By    /s/
                                   Jose R. Mata
                                   Attorney for Plaintiff
                                   DINO WILBURN.

1

2    Dated: September 2, 2008                MORGAN, LEWIS & BOCKIUS LLP
                                            REBECCA D. EISEN
3                                           JOHN S. BATTENFELD
                                            SHANNON B. NAKABAYASHI
4                                           DONNA MO

5
                                    By _____
6
                                            Rebecca D. Eisen
7                                           Shannon B. Nakabayashi
                                            Attorneys for Defendant
8                                           BLOCKBUSTER INC.

9

10   PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff's deadline for filing a motion

11   or stipulation for amendment of the complaint is extended to September 9, 2008.

12

13

14   Dated: September _____, 2008    By _____

15                                           UNITED STATES DISTRICT JUDGE
                                            Jeffrey S. White
16

17

18

19

20

21

22

23

24

25

26

27

28

1-SF/7707609.1                          4