1  [COUNSEL LISTED ON NEXT PAGE]
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DINO WILBURN, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-01249-JSW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER] TO EXTEND THE SEPTEMBER 4, 2008 DEADLINE FOR PLAINTIFF TO AMEND THE COMPLAINT**<br><br>No hearing date set<br><br>Current deadline: September 4, 2008<br><br>Requested new deadline: September 9, 2008 |

```
 1  REBECCA D. EISEN, State Bar No. 96129
    SHANNON B. NAKABAYASHI, State Bar No. 215469
 2  MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
 3  San Francisco, CA 94105-1126
    Tel: 415.442.1000
 4  Fax: 415.442.1001
    reisen@morganlewis.com
 5  snakabayashi@morganlewis.com

 6  JOHN S. BATTENFELD, State Bar No. 119513
    DONNA MO, State Bar No. 240621
 7  MORGAN, LEWIS & BOCKIUS LLP
    300 South Grand Avenue
 8  Twenty-Second Floor
    Los Angeles, CA 90071-3132
 9  Tel:   213.612.2500
    Fax:   213.612.2501
10  jbattenfeld@morganlewis.com
    dmo@morganlewis.com
11
    Attorneys for Defendant
12
    BLOCKBUSTER INC.
13

14  JOSE R. MATA (CA State Bar No. 83724, OSB 80305)
    E-Mail: JMata@wagelawyer.com
15  BAILEY PINNEY, PC
16  1498 SE Tech Center Place, Suite 290
    Vancouver, WA 98683
17  Telephone: (360)567-2551; Fax: (360)567-3331

18  BONNIE MAC FARLANE (CA State Bar No. 161526)
    E-Mail: BMacfarlane@wagelawyer.com
19  BAILEY PINNEY, PC
20  720 Howe Street, Suite 113
    Sacramento, CA 95825
21  Telephone: (916) 923-5537; Fax: (916) 923-5587

22
    SUSAN SIMMONS SEEMILLER (CA State Bar No. 150546)
23  E-Mail: SSeemiller@wagelawyer.com
    BAILEY PINNEY, PC
24  840 County Square Drive
    Ventura, CA 93003
25  Telephone: (805) 339-9090; Fax: (805) 339-0090

26  Attorneys for Plaintiff Wilburn
27
28
```

1. On June 6, 2008, the Court held a case management conference attended by counsel for plaintiff and defendant. On that date the Court issued a Civil Minute Order (Document No. 13) setting a deadline of September 4, 2008 to amend the complaint.

2. Since that date, the parties have been engaged in both informal and formal discovery with a goal of determining if it is possible to settle this case. The parties are continuing in their efforts to see if this case can be resolved without further proceedings.

3. Plaintiff's attorneys have been attempting to understand and analyze the wage and hour database data produced by Defendant. Plaintiff's state that although they are very close to completing their analysis of the database data, it would be very difficult to meet the current deadline of Thursday, September 4, 2008.

4. In addition, Plaintiff's lead attorney Susan Seemiller has had to travel to Wyoming to attend to her father, who was in the last stages of a terminal illness, and who died over the past Labor Day weekend. Ms. Seemiller is not expected back in the office until Wednesday, September 3, 2008, the day before the current September, 4 deadline to amend the complaint.

5. Accordingly, Plaintiff and Defendant stipulate that the deadline for amending the complaint be extended as follows:

<u>Current deadline:</u>        Thursday, September 4, 2008

<u>Proposed new deadline:</u>   Tuesday, September 9, 2008.

Dated: September 2, 2008

BAILEY PINNEY, PC
JOSE R. MATA
SUSAN SIMONS SEEMILLER

By ___/s/___
Jose R. Mata
Attorney for Plaintiff
DINO WILBURN.

DB2/20822693.1                                3

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FIE AMENDED COMPLAINT

Dated: September 2, 2008

MORGAN, LEWIS & BOCKIUS LLP
REBECCA D. EISEN
JOHN S. BATTENFELD
SHANNON B. NAKABAYASHI
DONNA MO

By _____
Rebecca D. Eisen
Shannon B. Nakabayashi
Attorneys for Defendant
BLOCKBUSTER INC.

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff's deadline for filing a motion or stipulation for amendment of the complaint is extended to September 9, 2008.

Dated: September 3, 2008

By _____
UNITED STATES DISTRICT JUDGE
Jeffrey S. White