JOSE R. MATA, SBN 83724, OSB 803057
Email: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

SUSAN SIMMONS SEEMILLER SBN 150546
Email: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiff Wilburn

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO WILBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., a Delaware Corporation, and Does 1-25, inclusive,<br><br>Defendants. | Case No. 08-1249 JSW<br><br>**NOTICE OF CLOSURE OF THE SACRAMENTO OFFICE OF BAILEY PINNEY PC AND APPLICATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF ATTORNEY MAC FARLANE**<br><br>Hon. Jeffery S. White |

**TO:** CLERK OF THE COURT, AND ATTORNEYS FOR DEFENDANTS

**NOTICE IS HEREBY GIVEN** that effective Friday, September 19, 2008, Bailey Pinney PC is closing its offices in Sacramento California. Bailey Pinney PC continues to have an office in the state of California in Ventura, California.

PLAINTIFF ALSO HEREBY APPLIES TO THE COURT FOR AN ORDER allowing the withdrawal of Bonnie Mac Farlane, Cal. Bar No. 161526 as one of the attorneys for Plaintiff Wilburn, individually and on behalf of all others similarly situated. As of September 19, 2008, Ms. Mac Farlane is no longer affiliated with the law firm of Bailey Pinney PC.

Jose R. Mata shall continue as the lead attorney. Jose R, Mata, Susan Simmons Seemiller and

---

Plaintiffs' Application for Withdrawal of Bonnie Mac Farlane - Case No. 08-1249 JSW

1

the firm of Bailey Pinney shall remain as Plaintiff's attorneys of record and no change shall be made thereto.

All notices, papers and pleadings, exclusive of process, should be served upon Jose R. Mata at the offices of Bailey Pinney PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, and upon Susan Simmons Seemiller at 840 County Square Drive, Ventura, CA 93003.

It is requested that said withdrawal be effective as of September 19, 2008

DATED: September 19, 20008

BAILEY PINNY, PC
By   /s/
  Jose R. Mata
  Attorneys for Wilburn

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's application for the withdrawal of attorney Bonnie MacFarlane is hereby GRANTED. Attorney Bonnie Mac Farlane is no longer an attorney for plaintiff in this case.

Dated: September 22, 2008

*Jeffrey S. White*
THE HONORABLE JEFFERY S. WHITE
UNITED STATES DISTRICT JUDGE

---

Plaintiffs' Application for Withdrawal of Bonnie Mac Farlane - Case No. 08-1249 JSW

2