1  [COUNSEL LISTED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO WILBURN, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:08-CV-01249-JSW<br><br>Complaint Filed: January 14, 2008<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL OF CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND WITHOUT NOTICE TO PUTATIVE CLASS**<br><br>**NO HEARING SET** |

---

1
Stipulated Motion And Order For Dismissal Of Class Allegations Without Prejudice
– Case No. 08-1249 JSW

1  REBECCA D. EISEN, State Bar No. 96129
   SHANNON B. NAKABAYASHI, State Bar No. 215469
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   reisen@morganlewis.com
5  snakabayashi@morganlewis.com

6  JOHN S. BATTENFELD, State Bar No. 119513
   DONNA MO, State Bar No. 240621
7  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
8  Twenty-Second Floor
   Los Angeles, CA  90071-3132
9  Tel:    213.612.2500
   Fax:    213.612.2501
10 jbattenfeld@morganlewis.com
   dmo@morganlewis.com
11
   Attorneys for Defendant, BLOCKBUSTER INC.
12

13
   JOSE R. MATA (CA State Bar No. 83724, OSB 80305)
14 E-Mail: JMata@wagelawyer.com
   BAILEY PINNEY, PC
15 1498 SE Tech Center Place, Suite 290
   Vancouver, WA 98683
16 Telephone: (360)567-2551; Fax: (360)567-3331

17 SUSAN SIMMONS SEEMILLER (CA State Bar No. 150546)
   E-Mail: SSeemiller@wagelawyer.com
18 BAILEY PINNEY, PC
   840 County Square Drive
19 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax:  (805) 339-0090
20
21 Attorneys for Plaintiff, DINO WILBURN

22

23

24

25

26

27

28

---

2
Stipulated Motion And Order For Dismissal Of Class Allegations Without Prejudice
– Case No. 08-1249 JSW

IT IS HEREBY STIPULATED AND MOVED by and between the parties to this action through their designated counsel, as follows:

1) Plaintiff Dino Wilburn and Defendant Blockbuster, Inc. continue their efforts to settle and resolve this case. At this time, Plaintiff has decided to proceed with this action as an individual case, and the parties have agreed that the class allegations should be dismissed without prejudice. The parties are conferring with the court-assigned JAMS mediator as part of their attempts to resolve this matter as an individual case.

2) Accordingly, all class action allegations in the above action should be dismissed without prejudice pursuant to Fed. R. Civ. P. 23(e) and 41. All individual allegations on behalf of Plaintiff Dino Wilburn are to remain as set forth in the Complaint.

3) Each party shall bear its own attorney fees and costs with respect to this dismissal of the class allegations.

IT IS HEREBY FURTHER STIPULATED AND MOVED by the parties, that the Court issue an order holding that the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401 (9th Cir., 1989), do not weigh in favor of requiring notice to the putative class members in this case because:

1) Plaintiff and his counsel represent that the class allegations were not frivolous and were not initially pled for the purpose of extracting a more favorable settlement.

2) Defendant has not promised Plaintiff and his counsel a disproportionate recovery on settlement of Plaintiff's individual action in exchange for dismissal of the class allegations. Defendant has not made any concessions to Plaintiff or his attorneys in exchange for dismissal of the class allegations.

3) Settlement of Plaintiff's individual claim will not deplete Blockbuster of assets such that Blockbuster would be financially unable to pay any meritorious claims of putative class

members.

4) This action, including the class allegations, has not received any publicity that would have caused putative class members to refrain from filing their own individual lawsuits. Also, this action was filed on January 14, 2008 and has only been pending for about nine months.

5) The class allegations to be dismissed are for failure to provide rest and meal periods, failure to pay wages (including minimum and overtime wages), failure to pay reporting time pay, failure to provide properly itemized wage statements, late payment of wages, and requiring the purchase of uniforms as a condition of employment.  There are also class allegations based on breach of contract, conversion, and unlawful business practices.  Defendant denies all allegations, as stated in its Answer.  The statute of limitations for these claims varies between one and four years.  Plaintiff's employment with Blockbuster terminated on January 31, 2007.  This action was filed January 14, 2008. Substantial time remains for most putative class members to bring most of the claims asserted in this action.  Thus, the likelihood of prejudice to most class members due to the statute of limitations is low.

IT IS SO STIPULATED.

Dated:  September 25, 2008     BAILEY PINNEY, PC
                               JOSE R. MATA
                               SUSAN SIMONS SEEMILLER

                               By _____/s/_____
                               Susan Simons Seemiller
                               Attorneys for Plaintiff DINO WILBURN

Dated:  September 25, 2008     MORGAN, LEWIS & BOCKIUS LLP
                               REBECCA D. EISEN
                               JOHN S. BATTENFELD
                               DONNA MO
                               By _____/s/_____
                               Rebecca D. Eisen
                               Attorneys for Defendant BLOCKBUSTER INC

# **ORDER**

On stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1) All class action allegations in the above action are hereby dismissed without prejudice. All individual allegations on behalf of Plaintiff Dino Wilburn are to remain as set forth in the current Complaint.

2) No party shall be entitled to costs or attorney fees because of this dismissal.

3) Based on the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401 (9th Cir., 1989), the above dismissal of the class allegations may be made, and hereby is made, without notice to the putative class.

Dated: September 30, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE