MORGAN, LEWIS & BOCKIUS LLP
REBECCA EISEN, State Bar No. 096129
THERESA MAK, State Bar No. 211435
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
tmak@morganlewis.com

JOHN S. BATTENFELD, State Bar No. 119513
DONNA MO, State Bar No. 240621
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
jbattenfeld@morganlewis.com
dmo@morganlewis.com

Attorneys for Defendant
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO WILBURN, an individual, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No. 3:08-CV-01249-JSW<br><br>[PROPOSED] ORDER EXCUSING DEFENDANT BLOCKBUSTER, INC'S ATTENDANCE AT EARLY NEUTRAL EVALUATION PURSUANT TO ADR LOCAL RULE 5-10(d) |

Defendant Blockbuster Inc. ("Blockbuster") seeks to be allowed to telephonically attend and be excused from personally attending the Early Neutral Evaluation scheduled for 1 p.m. December 19, 2008 in San Francisco, California. Blockbuster's representative has a previously-scheduled obligation and requiring Blockbuster's representative to travel from Texas is unjustifiable given the small amount in controversy.

Accordingly, the Court hereby allows Blockbuster to telephone and not personally attend

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20917543.1

[PROPOSED] ORDER EXCUSING DEF'S
ATTENDANCE AT EARLY NEUTRAL
EVALUATION

the Early Neutral Evaluation scheduled for December 19, 2008.

IT IS SO ORDERED.

December 5, 2008

By _____
Magistrate Judge Wayne D. Brazil

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20917543.1

2

[PROPOSED] ORDER EXCUSING DEF'S
ATTENDANCE AT EARLY NEUTRAL
EVALUATION